# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :        NO. 630
                                                :
AMENDMENT TO RULE 1910.10 OF THE:        CIVIL PROCEDURAL RULES
PENNSYLVANIA RULES OF CIVIL          :
PROCEDURE                                       :        DOCKET
                                                :
                                                :


## ORDER


**PER CURIAM**

      **AND NOW**, this 13th day of October, 2015, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

      **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the Note to Rule 1910.10 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

      This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2016.


Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.